1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  333 Pine Street, Suite 300
   San Francisco, CA  94104-3381
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 51,426

7  Attorneys for Plaintiff
   NEW CONTENDERS INC.;
8  DILLON PRODUCTIONS INC.

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11             SOUTHERN DIVISION (SANTA ANA)

12 NEW CONTENDERS INC.;          )  CASE NO. 8:97-cv-00057-LHM-AN
13 DILLON PRODUCTIONS INC.,      )
                                 )
14          Plaintiff,           )  [PROPOSED] RENEWAL OF
                                 )  CONSENT JUDGMENT
15    vs.                        )
                                 )
16 ROSALINA S. TSAKALIS;         )
   SPIRIDOM TSAKALIS doing       )
17 business as Happy Days,       )
                                 )
18          Defendants.          )
                                 )
19 ─────────────────────────────

20      Based upon the application for renewal of the judgment of the original
21 judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,
22 and for good cause appearing, therefore,
23      IT IS HEREBY ORDERED that the Consent Judgment to and against
24 Defendants ROSALINA S. TSAKALIS; SPIRIDOM TSAKALIS doing business as
25 Happy Days, entered on 01/13/98, be and the same is hereby renewed in the
26 amounts as set forth below:
27 ///
28 ///

1  Renewal of money judgment

2     a. Total judgment                                      $3,000.00
   b. Costs after judgment                                  $ -0-

3     c. Subtotal *(add a and b)*                               $3,000.00
   d. Credits after judgment                               $ -0-

4     e. subtotal *(subtract d from c)*                       $3,000.00
   f. Interest after judgment                              $ 750.00

5     g. Fee for filing renewal application             $ -0-
   **h. Total renewed judgment** *(add e, 5, and g)*    $3,750.00

6

7  DATED: ___JAN 30 2008___        CLERK, by ___ROLLS ROYCE PASCHAL___

8                                                    Deputy

9                                                                                    1144

10  F:\USERS\DJCNEW\happydays.renewal1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

ROSALINA S. TSAKALIS
c/o Mark E. Blons
Mark E. Blons Law Offices
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

ROSALINA S. TSAKALIS
c/o Richard A. Ruben
Richard A. Ruben Law Office
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

SPIRIDOM TSAKALIS doing business as Happy Days
c/o Mark E. Blons
Mark E. Blons Law Offices
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

SPIRIDOM TSAKALIS doing business as Happy Days
c/o Richard A. Ruben
Richard A. Ruben Law Office
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 333 Pine Street, 3rd Floor, San Francisco, CA 94104. On the date set forth below, I served the attached:

APPLICATION FOR AND RENEWAL OF JUDGMENT

[PROPOSED] RENEWAL OF CONSENT JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008.

/s/ Karene Jen
Karene Jen