ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN & LOEB
10605 Balboa Blvd., Suite 265
Granada Hills, CA  91344
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

NEW CONTENDERS INC.
DILLON PRODUCTIONS, INC.

      Plaintiff,

  vs.

ROSALINA S. TSAKALIS,  et al,

      Defendant

Case No.:  8:97-cv-00057-LHM-AN

**RENEWAL OF CONSENT JUDGMENT BY CLERK**

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff's, New Contenders, Inc., and Dillon Productions Inc., and against Defendant, Rosalina S. Tsakalis dba Happy Days and Spiridom Tsakalis dba Happy Days, entered on January 13, 1998, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 3750.00 |
| b. | Costs after judgment | $     00.00 |
| c. | Subtotal *(add a and b)* | **$ 3750.00** |
| d. | Credits | $     00.00 |
| e. | Subtotal *(subtract d from c)* | **$ 3750.00** |
| f. | Interest after judgment | $   860.79 |
| g. | Fee for filing renewal of application | $     00.00 |
| h. | Total renewed judgment (add e, f and g) | $4610.79 |

Dated: 1/26/2018      CLERK, by J. Remigio
                                 Deputy Clerk